

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00897-CV

**IN THE ESTATE OF** William Thomas **BOOTH**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2012-PC-2786
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

Appellant's motion for rehearing is DENIED. This court's prior opinion and judgment dated April 13, 2016 are WITHDRAWN. In accordance with this court's opinion of this date, the order of the probate court is AFFIRMED. It is ORDERED that appellee, The Estate of William T. Booth, recover its costs of this appeal from appellant, Kay Lynn Maynard.

SIGNED July 6, 2016.

_____
Jason Pulliam, Justice